B6A (Official Form 6A) (12/07)

IN RE Herrera, Ramona _____ Case No. 1:14-bk-41848
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 146 Appleby Dr., Glendale Heights, IL 60139 | | W | 227,611.00 | 289,227.00 |
| 609 Rosner Ln., Roselle IL 60148 Rental Real Property | | W | 291,128.00 | 311,287.00 |
| | | TOTAL | 518,739.00 | |

(Report also on Summary of Schedules)

B6C (Official Form 6C) (04/13)

IN RE Herrera, Ramona _____  Case No. __1:14-bk-41848__
   Debtor(s)   (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under  ☐ Check if debtor claims a homestead exemption that exceeds $155,675 *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| 146 Appleby Dr., Glendale Heights, IL 60139 | 735 ILCS 5 §12-901 | 15,000.00 | 227,611.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Furniture | 735 ILCS 5 §12-1001(b) | 1,500.00 | 1,500.00 |
| Clothing | 735 ILCS 5 §12-1001(a) | 500.00 | 500.00 |
| Jewelry | 735 ILCS 5 §12-1001(b) | 600.00 | 600.00 |
| 2000 Pontiac Gand AM - 135,000 Miles | 735 ILCS 5 §12-1001(c) | 700.00 | 700.00 |
| 2012 Toyota Camery - 25,000 Miles | 735 ILCS 5 §12-1001(c) | 1,700.00 | 12,000.00 |
| | 735 ILCS 5 §12-1001(b) | 1,900.00 | |
| Desires to Reafirm Loan | | | |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.