IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Ramona Herrera

Debtor

Bankruptcy No. 14-41848
Judge Donald R. Cassling
Chapter: 13

## OBJECTION TO CONFIRMATION

NOW COMES Green Tree Servicing LLC (hereinafter "Movant"), through its attorney, Rocio Herrera of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The above-captioned Chapter 13 case was filed on November 19, 2014.

2. The Movant, a party in interest, holds a Mortgage dated November 20, 2006 on the property located at 146 Appleby Drive, Glendale Heights, Illinois 60139, in the original amount of $270,000.00.

3. The payoff balance due as the filing date of this case is $321,147.86.

4. Movant's arrearage claim is $42,254.45.

5. The Debtor plan provides that the Chapter 13 Trustee is to pay the Movant $23,303.00 for its arrearage claim. Said plan does not fully pay Movant's actual claim and as such, the plan is unfeasible.

6. In addition, the post-petition mortgage payment is $1,925.46 not $1,845.82 as listed in the Debtor's plan.

7. By not paying the full amount of Movant's claim, the proposed plan modifies the rights of the Movant and such modification is inconsistent with the provisions of 11 U.S.C. 1322(b)(2) and as such, the plan does not comply with the Bankruptcy Code.

      WHEREFORE, Green Tree Servicing LLC prays that confirmation of the Debtor's plan be denied and for such other relief as the Court deems just.

                                                 /s/ Rocio Herrera
                                                 Rocio Herrera, ARDC #6303516
                                                 Attorney for Green Tree Servicing LLC

Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE