# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Ramona Herrera | ) | No.14-BK41848 |
| | ) | Chapter: 13 |
| | ) | Hearing Date: 04/24/15 |
| DEBTOR(S) | ) | |
| | ) | Judge: Hon. Donald R. Cassling |

## NOTICE OF MOTION

TO:   **SENT VIA ELECTRONIC NOTICE AND US MAIL**

See Creditor Matrix & Service List


On April 24, 2015, I shall at 10:00 a.m., or as soon thereafter as counsel may be heard, appear before the Honorable Judge Donald R. Cassling at Kane County Courthouse, Court room 240, 3rd Street, Geneva, IL 60134 and then there present Notice of Motion to Strip Off Junior Lien Chapter 13 Debtor, a copy of which is attached hereto.

_____
David Ratowitz, Attorney for Debtor

David Ratowitz, Esq.
Attorney for Debtor
721 W. Lake St #101
Addison, Illinois  60101
P: 312-577-9405
F: 312-577-9406
ARDC No. 6285376
Cook County Attorney No. 45219
DuPage County Attorney No. 26621

## AFFIDAVIT OF SERVICE

PLEASE TAKE NOTE THAT ON March 21, 2015, this Notice and **Attorney's Application for Compensation for Representing Chapter 13 Debtor** were _X_ delivered electronically via ECF, were ___ personally delivered, ___ delivered via facsimile, or _X_ placed in U. S. Mail properly addressed, with first class postage prepaid, to the party at the address set forth above.

David Ratowitz, Attorney for Debtor

David Ratowitz, Esq.
Attorney for Debtor
721 W. Lake St #101
Addison, Illinois 60101
P: 312-577-9405
F: 312 577-9406
ARDC No. 6285376
Cook County Attorney No. 45219
DuPage County Attorney No. 266215

Service List: Glen
Sterns 801
Warrenville Rd.
Lisle, IL 60532

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: Ramona Herrera ) | |
| ) | BK No.: 14BK41848 |
| ) | Chapter 13 |
| ) | Hearing Date 04/24/15 |
| ) | |
| Debtor(s) ) | Judge: Hon. Donald R. Cassling |
| ) | |

| | |
|---|---|
| ) | |
| Ramona Herrera ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| JP Morgan Chase Bank, N.A ) | |
| ) | |
| Defendant. ) | |

**MOTION TO AVOID JUNIOR LIEN**

NOW COME(S) Plaintiff(s), Ramona Herrera, by and through their attorneys, David Ratowitz and the Ratowitz Law Group, LLC, hereby moves this Honorable Court to strip off and avoid the lien of creditor, JP Morgan Chase Bank, N.A, on the following described property:

**Lot 30 In BLOCK 64 IN WESTLAKE UNIT NO 18, BEING A SUBDIVISION OF PART OF THE NORTHEAST ¼ OF SECTION 28, TOWNSHIP 40 NORTH, RANGE 10, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JULY 26, 1977 AS DOCUMENT R77-62645, IN DUPAGE COUNTY, ILLINOIS.**

**Permanent Index Number: 02-28-215-011**

**Commonly Known As: 146 APPLEBY DRIVE, GLENDALE HEIGHTS, IL 60139**

Debtor intends to strip off creditor's, JP Morgan Chase Bank, N.A, lien and treat said creditor's claim as unsecured. Debtors state that the basis for the lien stripping is lack of equity in the encumbered property and in support of said Motion submits the following information:

1. The amount of the claim which the lien secures is $37,888.00 with a 9.9% annual interest, which has been filed/recorded on November 8, 2006 as instrument No. R2006-234356 of Official Records with Dupage County, Illinois.
2. The above mentioned lien is a non-purchase money lien.
3. Debtor submits the following information on the value of the property:
    a. Fair Market Value : $227,611.00
    b. Value listed in Schedules: $227,611.00
    c. Equalized Assessed Value according to records of County Property Valuation Admiration: $66,510.00
    d. Date of Purchase: November 23, 1997
    e. Appraised Value: (if recently appraised):
    f. Senior mortgages of liens on the property and their amount: $321,147.86
4. The trustee has not abandoned the property.
5. The debtor does claim an exemption in said property.
6. The lien held by the creditor impairs the exemption of the debtor in the property describe in the motion.

WHEREFORE, the debtor moves this Honorable Court to order the lien stripped off, avoided, the claim treated as unsecured, and for such other relief as may be entitled.

Date: _____

_____
Ramona Herrera, Debtor



David Ratowitz, Esq., Attorney for Debtors
RATOWITZ LAW GROUP, LLC
721 W. Lake Street, Ste. 101
Addison, IL 60101
Ph: (312) 477.9405
Fax: (312) 577.9406