UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:

    Ramona Herrera        )    Case No.: 14 B 41848
                                )    Chapter 13
                                )    Judge: Hon. Donald R. Cassling
    Debtor(s)               )

## ORDER DETERMINING VALUE OF COLLATERAL

This cause coming before the court on the Debtor's Motion to Determine Valuation of Collateral, all parties having been given notice thereof, and the Court being duly advised, IT IS HEREBY ORDERED BY THE COURT that:

1. That a first mortgage lien is held by Green Tree Servicing LLC on the property commonly known as 146 Appleby Drive, Glendale Heights IL 60139, in the secured amount of $321,147.86.

2. That JP Morgan Chase Bank N.A. holds a second mortgage lien on the property commonly known as 146 Appleby Drive, Glendale Heights IL 60139 in the secured amount of $38,073.58

3. That JP Morgan Chase Bank N.A. holds a second mortgage lien on the property commonly known as 146 Appleby Drive, Glendale Heights IL 60139in the secured amount of $40,824.00.

4. The Debtor's real estate, commonly known as 146 Appleby Drive, Glendale Heights IL 60139, is valued at $249,900.00.

5. That the Court finds that JP Morgan Chase Bank N.A. claim has no collateral value.

6. JP Morgan Chase Bank N.A. shall retain its junior lien on Debtor's real property until the earlier of: a) the payment of the underlying debt determined under non-bankruptcy law; or b) discharge under § 1328.

7. The junior lien shall be paid under the Plan as a general unsecured claim pursuant to 11 U.S.C. § 506(a).

Enter: *Donald R. Cassling*
United States Bankruptcy Judge

Dated: 12-4-15

Prepared By
RATOWITZ LAW GROUP, LLC

721 W. Lake Street, Ste. 101
Addison, IL 60101
P: 312-577-9405