**Fill in this information to identify the case:**

Debtor 1     Ramona Herrera

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   **Northern**   District of  **Illinois**
(State)

Case number   14-41848

---

Form 4100R

# Response to Notice of Final Cure Payment                                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** MTGLQ Investors, L.P.

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 0 0 7 4

**Property address:** 146 Appleby Dr
Number    Street

Glendale Heights    IL    60139
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[✔] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:       $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[✔] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   10 / 01 / 2019
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                  (a)  $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:         +  (b)  $ _____

c.  **Total**. Add lines a and b.                                                        (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     __/__/__
MM / DD / YYYY

---

Form 4100R                          **Response to Notice of Final Cure Payment**                          page **1**

Debtor 1  **Ramona Herrera**
_First Name      Middle Name      Last Name_

Case number *(if known)* **14-41848**

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

Signature: **/s/Hugh Russell**

Date: **08/16/2019**

Print: **Hugh** **Russell**
_First Name    Middle Name    Last Name_

Title: **Bankruptcy Case Manager**

Company: **NewRez LLC d/b/a Shellpoint Mortgage Servicing**

If different from the notice address listed on the proof of claim to which this response applies:

Address: **PO Box 10826**
_Number    Street_

**Greenville**    **SC**    **29603**
_City    State    ZIP Code_

Contact phone: **(864) 312-4854**

Email: **mtgbk@shellpointmtg.com**

Form 4100R    Response to Notice of Final Cure Payment    page **2**

| | |
|---|---|
| NewRez LLC DBA Shellpoint Mortgage Serv<br>PO Box 10826<br><br>Greenville, SC  29603-0826 | Phone Number:   (800) 365-7107<br>Fax:                      (866) 467-1137<br>Email:   mtgbk@shellpointmtg.com |

RE: Debtor 1    Ramona Herrera
    Debtor 2

Case No:    1441848

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day,  8/16/2019.

Northern District of Illinois, Chicago Division
219 South Dearborn Street
Chicago, IL  60604


Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL  60532-4350


David Ratowitz
Ratowitz Law Group
4809 N. Ravenswood #227
Chicago, IL  60654


Ramona Herrera

146 Appleby Dr
Glendale Heights IL  60139


/s/ Hugh Russell